01-15-01094-CR



TO: THE CLERK OF THE FIRST COURT OF APPEALS FOR THE 1ST SUPREME JUDICIAL DISTRICT OF TEXAS
(Criminal Appeal)

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/22/2015 3:18:16 PM
CHRISTOPHER A. PRINE
Clerk

| Cause No: | 14-DCR-066831 | From The 434th Judicial District Court Fort Bend County, Texas |
|---|---|---|

| | | Judge Presiding: |
|---|---|---|
| Derrick Dontrell Bonner | | |
| Vs | | James H Shoemake |
| The State Of Texas | | Court Reporter: |
| | | Karen Woolsey |

| Counsel For Appellant: | Counsel For Appellee: |
|---|---|
| Edwin Dee Mcwilliams | John F. Healey, Jr., District Attorney |
| Parnham & Mcwilliams | John J. Harrity III, State's Appeal Attorney |
| 440 Louisiana St Ste 200 | 301 Jackson Street |
| Houston Tx 77002 | Richmond, Texas 77469 |
| SBN: 24009361 | Alison Gottlieb, Prosecutor |
| Telephone: 713-224-3967 | 301 Jackson Street |
| E Mail: dee@georgeparnham.com | RICHMOND, TEXAS 77469 |
| | SBN: 24075917 |
| | TELEPHONE: 281–341-4460 |

| Date Of Judgment: | NOVEMBER 20, 2015 |
|---|---|
| Nature Of Action: | AGG ROBBERY |
| Date Judgment & Sentence Signed By Judge: | NOVEMBER 20, 2015 |
| Disposition Of Case: | CONVICTION - GUILTY PLEA OR NOLO CONTENDERE |
| Jury Trial: | |
| Appeals Consolidated Under This Cause: | N/A |
| Companion Cases: | N/A |
| Amount Of Appeal Bond: | $.00 |
| Notice Of Appeal Filed On: | DECEMBER 21, 2015 |
| Motion For New Trial Filed On: | N/A |
| Appellant Confined: | YES |
| Date Sentence Imposed: | NOVEMBER 06, 2015 |
| Punishment Assessed: | YEARS-12 STATE PENITENTIARY TEXAS DEPARTMENT OF CRIMINAL JUSTICE |
| Appellant Counsel Was: | Attorney Appointed |
| | |
| Signed, On This The 22nd Day Of December, 2015 | |

DISTRICT CLERK ANNIE REBECCA ELLIOTT
Fort Bend County, Texas

By: *Lisa Tucker*

Deputy District Clerk Lisa Tucker
Telephone: (281) 341-4516

Electronically Submitted To The First Court Of Appeals For The 1st Supreme Judicial District Of Texas, At Houston, Texas On This The 22nd Day Of December, 2015.

Enclosure(s): Notice Of Appeal

**ROUTED TO COURT**
**RT'D TO D. CLERK**

No. 14-DCR- 66836
66831

The State Of Texas

Vs

Derrick Bonner

In The District Court Of

Fort Bend County, Texas

434 Judicial District

## Notice Of Appeal

I, Derrick Bonner hereby gives this Court notice of Appeal for punishment only on the grounds of being mislead by my Attorney, E. Dee McWilliams, And my mental health illness.

I, Derrick Bonner, declare under penalty of perjury All facts presented in the Above is true And correct to the best of my Ability

Signed this day 17 of December , 2015.

_____
Derrick Bonner

FILED

2015 DEC 21 AM 10: 52

CLERK DISTRICT COURT
FORT BEND COUNTY

14-DCR-066830
NOAP
Notice of Appeal
3927017